FILED ___K___ ENTERED
LOGGED _____ RECEIVED

OCT 3 0 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DALYA ATTAR,**<br>**JOSEPH J. ATTAR,**<br>    a/k/a "Yossi Attar,"<br>    a/k/a "Jay Attar," and<br>**KALMAN G. FINKELSTEIN,**<br><br>                    **Defendants.** | Criminal No. SAG 25cr 324<br><br>(Conspiracy, 18 U.S.C. § 371; Extortion via Interstate Communications, 18 U.S.C. § 875(d); Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511(1)(c) and (d); Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2); Aiding and Abetting, 18 U.S.C. § 2) |

**ORDER**

Upon review of the Motion of the United States of America, the Court hereby adopts the

Government's proffer of the reasons for unsealing as presented therein, and it is this  30th  day

of October 2025, **ORDERED** that the above-captioned matter shall be **UNSEALED** for all

purposes.

It is further **ORDERED** that the Clerk of the Court provide one certified copy of this

Order to the United States Attorney's Office.

_____
HONORABLE CHELSEA J. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

2