AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

**SEALED**

USDC- BALTIMORE
'25 OCT 30 PM 2:47

United States of America
v.

DALYA ATTAR

*Defendant*

Case No. SAG 25 CR 324

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DALYA ATTAR

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, 18 U.S.C. § 371
Extortion via Interstate Communications, 18 U.S.C. § 875 (d)
Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511 (c) & (d)
Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2)
Aiding and Abetting, 18 U.S.C. § 2

Date: October 23, 2025

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Hon. Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/23/2025, and the person was arrested on *(date)* 10/30/2025
at *(city and state)* Baltimore, MD

Date: 10/30/2025

*Arresting officer's signature*

Owen O'Connell - Special Agent
*Printed name and title*

HD

Rcv'd by: AR