**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR<br>JOSEPH J. ATTAR<br>KALMAN G. FINKELSTEIN,<br><br>   *Defendants*. | CASE NO. 1:25-cr-00324-SAG |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Upon consideration of Defendant Dalya Attar's Motion To Dismiss Counts Two, Three, and Five of the Indictment, and the entire record herein, it is on this_____ day of _____, 2026,

**ORDERED**, that the Defense motion is granted and Counts Two, Three, and Five of the Indictment are dismissed.

Dated:

              _____
              Hon. Stephanie A. Gallagher
              United States District Court Judge