## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

DALYA ATTAR
JOSEPH J. ATTAR
KALMAN G. FINKELSTEIN,

*Defendants*.

CASE NO. 1:25-cr-00324-SAG

### DEFENDANT DALYA ATTAR'S MOTION TO SEAL

Defendant Dalya Attar ("Senator Attar") by and through undersigned counsel and pursuant to Local Rule 207.2, hereby moves to seal her Emergency Request for Clarification Regarding Applicability of Protective Order ("Emergency Request") and accompanying Exhibits A-C. In support of this motion, Senator Attar states the following:

1. On November 17, 2025, this Court entered a Protective Order Governing Disclosure of Personal Identity, Financial, Contract, Grand Jury, Tax Court, and Investigative Information (the "Protective Order"). Dkt. 37.

2. On May 28, 2026, pursuant to the Protective Order and the Standing Order on Discovery (2020-001), Senator Attar submitted her Emergency Request, and accompanying Exhibits A-C to the Court via emailed letter.

3. The Court directed Senator Attar to file the Emergency Request and accompanying Exhibits A-C under seal on the public docket.

1

4.    Senator Attar's Emergency Request, and accompanying Exhibits A-C, concern and contain numerous references to materials the Government has produced and designated as "Confidential" pursuant to the Protective Order.

5.    This Court may restrict access to documents submitted in connection with criminal proceedings in order to "serve a compelling government interest," including maintaining the confidentiality of government-produced documents. *United States v. Russell*, 762 F. Supp. 3d 441, 442 (D. Md. 2025).

6.    Although Senator Attar disagrees with the Government's designation of these materials as Confidential, pursuant to the Protective Order, any document marked as Confidential must be filed under seal. Dkt. 37 at ¶ 6.

7.    Accordingly, there are no alternatives to sealing that would provide sufficient protection or comport with the requirements of the Protective Order, given that Senator Attar's Emergency Request and accompanying Exhibits A-C concern and repeatedly make reference to materials designated as Confidential by the Government.

**WHEREFORE**, for the foregoing reasons and consistent with the Government's designations, Senator Attar respectfully requests that the Court enter an order sealing her Emergency Request and accompanying Exhibits A-C.

Dated: May 28, 2026                                            Respectfully submitted,


                                                                          */s/ A. Jeff Ifrah*

A. Jeff Ifrah
James M. Trusty
IFRAH PLLC
1717 Pennsylvania Ave, N.W.
Suite 650
Washington, D.C. 20006
Tel. (202) 524-4140
Fax (202) 524-4141
jeff@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Senator Dalya Attar*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2026, a true copy of the foregoing motion was electronically filed and served upon counsel of record via the Court's CM/ECF system.

*A. Jeff Ifrah*
A. Jeff Ifrah

*Counsel for Senator Dalya Attar*