**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR, et al.,<br><br>Defendants. | Crim. No. 25-cr-00324-SAG |

**DEFENDANT DALYA ATTAR'S**
**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Defendant Dalya Attar, who has been in compliance with the Court's Conditions of Release for nearly twelve months, respectfully requests permission to travel to Los Angeles, California to attend her relative's wedding and Sheva Brachot and spend the Chanukah holiday with family. The government does not oppose this request. In support, Defendant Dalya Attar states the following:

1. On October 30, 2025, the Defendant appeared before the Honorable Chelsea J. Crawford for her Initial Appearance. ECF No. 16. The Court released Ms. Attar on her personal recognizance and entered an Order Setting Conditions of Release which included surrendering her passport and restricting her ability to travel. ECF No. 18 (Order Setting Conditions of Release as to Dalya Attar). Dalya Attar has complied with all conditions of release.

2. On August 26, 2026, Defendant's counsel filed a Consent Motion to Travel for Family Gathering in which Defendant requested permission to travel for her relative's engagement party in Los Angeles, California. The government did not oppose the request. ECF No. 111. The Court granted the Motion that same day. ECF No. 112 (Order Granting Consent Motion to Travel for Family Gathering). After obtaining this Court's permission for that family gathering, Ms. Attar and her children went to Los Angeles and returned to Maryland without incident.

3. Ms. Attar has been invited to attend a wedding for a close relative in Los Angeles, California. Family members plan on getting together to celebrate Chanukah and Sheva Brachot, with the wedding as a central feature of the gathering.

4. Ms. Attar is not a flight risk and will return to Maryland after the wedding and Sheva Brachot. Dalya Attar, a single parent, will bring her 14-year-old daughter and a 12-year-old son.

5. If permitted to briefly travel to California, Ms. Attar will purchase a round-trip ticket, and undersigned counsel will provide flight details to the Government. The wedding is during a holiday, so the flights would be scheduled for December 3 and December 12, days shortly before and after the holiday.

6. Ms. Attar's request and the above-stated reasons have been communicated to the government. AUSA Matthew P. Phelps does not oppose the Motion.

7. Ms. Attar's pretrial supervision agent, Agent Adam Smith, also does not oppose the motion.

8. Accordingly, for the foregoing reasons, Dalya Attar respectfully requests that the Court modify her Order Setting Conditions of Release as follows:

A. Modify Condition (8)(j) to add California as an approved travel destination for Dalya Attar, solely for the purpose of attending her relative's wedding from December 3, 2026 to December 12, 2026.

Dated: October 20, 2026

*/s/ A. Jeff Ifrah*
A. Jeff Ifrah (Bar No. 18194)
James M. Trusty (Bar No. 14497)
IFRAH PLLC
1717 Pennsylvania Ave, N.W.
Suite 650

Washington, D.C. 20006
Tel. (202) 524-4140
Fax (202) 524-4141
jeff@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Senator Dalya Attar*

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2026, I caused a copy of the foregoing to be served via CM/ECF on all counsel of record.

*/s/ James M. Trusty*
James M. Trusty